# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

Jose A. Rivera, Pro-Se

V.

Springfield Police
Department

JUN 30 A 11:07

## COMPLAINT

1. I, Jose A Rivera, am a resident of Springfield, MA, County of Hampden and a citizen of the United States. I am currently housed at MCI-Shirley in Shirley, MA

### JURISDICTION

2. The United States District Court of Massachusetts has jurisdiction over this matter persuant to 28 U.S.C. §1332.

### FACTS

3. On July 15, 2014, I, Jose A. Rivera, formerly of 74 Jefferson Ave., was assaulted by police officers of the Springfield Police Department, 130 Pearl St, outside of my home on the corner of Jefferson and Dwight streets. I was assaulted for approximately 3-5 minutes before being knocked unconcious and suffered 2 torn rotor cuffs, permanent cuff scars to my right wrist, a muscle disease called "rabdomyolysis", as well as scarring and bruising. I was hospitalized at Baystate Medical Center, 759 Chestnut St, for 6 days because of the injuries I sustained. I have developed a sense of fear when confronted by authoritive figures and am traumatized by the incident.

For these reasons and because of this incident I am suing the Springfield Police Department for personal injury, pain, suffering, traumatization, hospitalization, and excessive force resulting in police brutality. I am asking that the Court allow $1,000,000 as relief for the damages.

4. WHEREFORE, I, Jose A. Rivera, demand judgment against the Springfield Police Department for damages and such other relief as this court deems just.

5. I also demand trial by jury, if granted by request.

Respectfully Submitted,

Jose A Rivera Pro-Se

Jose A Rivera ID#W106259
PO Box 1218
Shirley, MA 01464